UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAY DIEANN McCART,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | No.  CV-09-3031-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 21.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand **(Ct. Rec. 21)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will conduct a de novo hearing. The ALJ also shall re-assess all of the medical evidence of record, including but not limited to the opinions of John McRae,

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Ph.D., and Mary A. Gentile, Ph.D.  The ALJ shall also re-assess Plaintiff's credibility, residual functional capacity, and past relevant work.  Finally, if necessary, the ALJ shall obtain vocational expert testimony.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 16**) is dismissed as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED December 21, 2009.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2