1

2

3

4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF WASHINGTON

6

| | |
|---|---|
| FAY DIEANN McCART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO.  CV-09-3031-CI |
| v. ) | |
| ) | **JUDGMENT IN A** |
| MICHAEL J. ASTRUE, ) | **CIVIL CASE** |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

7

8

9

10

11

12

**STIPULATION BY THE PARTIES**:

13

The parties have stipulated to the remand of the captioned matter pursuant to

14

sentence four of 42 U.S.C. § 405(g).

15

**IT IS ORDERED AND ADJUDGED** that**:**

16

The matter is **REVERSED and REMANDED** for additional proceedings pursuant

17

to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18

DATED: December 21, 2009

19

JAMES R. LARSEN
District Court Executive/Clerk

20

21

s/ L. Stejskal
Deputy Clerk

22

23

24

25

26

27

28